

FILED
September 28, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-15-00464-CV
7089903
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/24/2015 4:21:53 PM
JEFFREY D. KYLE
CLERK

NO.   03-15-00464-CV

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

AT AUSTIN, TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/24/2015 4:21:53 PM

JEFFREY D. KYLE
Clerk

---

VICTORY CHEVAL HOLDINGS, LLC, GARRETT JENNINGS
AND CASTLE CROWN MANAGEMENT, LLC,

Appellants

v.

DENNIS ANTOLIK, VICTOR ANTOLIK
and CHEVAL MANOR, INC.,

Appellees

---

**APPELLANTS' FIRST AMENDED MOTION FOR CONTEMPT
AND REFERRAL TO TRIAL COURT**

---

TO THE HONORABLE COURT OF APPEALS:

Pursuant to T.R.A.P. 29.4, Appellants, Victory Cheval Holdings, LLC, Garrett

Jennings, and Castle Crown Management, LLC move the Court to find Appellees,

Victor Antolik, Dennis Antolik, and Cheval Manor, Inc., in contempt of the agreed

portion of the Temporary Injunction now on interlocutory appeal before this Court as

follows:

1.      Subsection B of the Temporary Injunction sets forth agreed injunctive relief that the parties agreed to in open Court and the Court ordered enforced. Subsection B6 provides as follows:

> "Dennis Antolik, Victor Antolik, and Cheval Manor, Inc. shall keep all of the thirteen (13) horses that may be owned by them or business entities owned by them, or under their control, restrained behind a gated and secured fence...."

2.      Appellants have failed to keep the horses restrained behind a gated and secured fence.  Failure to keep the horses restrained behind a gated and secured fence was the cause of prior damage to the polo field and injury to persons on the property. It was probably the primary reason for the Court entering a temporary injunction.

3.      This Court, by order dated September 10, 2015, has previously ordered Appellees' Motion for Contempt against Appellants referred to the trial court, The Honorable Karin Crump, for an evidentiary hearing pursuant to T.R.A.P. 29.4(a). Judge Crump has scheduled that hearing for 9:00 a.m. on September 30, 2015. Appellants respectfully request that the Court enter its order referring this Motion for Contempt for evidentiary hearing at the same time before Judge Crump.

WHEREFORE, Appellants respectfully pray that the Court enter its order referring this matter to Judge Crump for an evidentiary hearing pursuant to T.R.A.P. 29.4(a), and for general relief.

Respectfully submitted,

*/s/ Kemp Gorthey*
Kemp W. Gorthey
State Bar No. 08221275
Kendall L. Bryant
State Bar No. 24058660
THE GORTHEY LAW FIRM
604 West 12th Street
Austin, Texas 78701
Tele: 512/236-8007
Fax: 512/479-6417
Email: kemp@gortheylaw.com
Email: kendall@gortheylaw.com
ATTORNEY FOR APPELLANTS,
GARRETT JENNINGS and
CASTLE CROWN PROPERTIES
MANAGEMENT, LLC

and

*/s/ Peyton Smith*
PEYTON N. SMITH
Attorney in Charge
State Bar No. 18664350
Brian L. King
State Bar No. 24055776
**REED & SCARDINO LLP**
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel: 512/474-2449
Fax: 512/474-2622
psmith@reedscardino.com
ATTORNEY FOR APPELLANT,
VICTORY CHEVAL HOLDINGS,
LLC

## CERTIFICATE OF CONFERENCE

On September 24, 2015, I received an email from counsel for Dennis Antolik stating the Appellees agree to Appellants' request to refer Appellants' Motion for Contempt to Judge Karin Crump of the 250th Civil District Court of Travis County, Texas for hearing at the same time as the Apellees' motion set for September 30, 2015.

*/s/ Kendall L. Bryant*

Kendall L. Bryant

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing Appellants' Motion for Contempt and for Referral to Trial Court has been forwarded to Appellees' attorneys on this  24th  day of September, 2015, as follows:

Mark Taylor                   Via Email: MarkT@hts-law.com
Taube Summers Harrison
Taylor Meinzer Brown LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701

Donald R. Taylor              Via Email: dtaylor@taylordunham.com
Isabelle M. Antongiorgi    Via Email: ima@taylordunham.com
Taylor, Dunham & Rodriguez, LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701

Jack P. Bacon                 Via Email: hotbacon@me.com
3839 Bee Caves Road, Suite 100
Austin, Texas 78746